UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Luanita Lane, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>Planned Parenthood, et al, )<br>)<br>        Defendant (s). )<br>) | Civil Action No. 25-CV-13741-AK |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 6] entered on 1/14/2026 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.


Dated: 1/14/2026                                                                                   By the Court,

                                                                                                   /s/ Courtney Horvath
                                                                                                   Deputy Clerk